David K. Tone, for appellant. Church, Haft & Robertson, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

George J. Haberer, defendant in error, v. Albert Fuchs, plaintiff in error. Gen. No. 29,111.

Suit for real estate broker's commission. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed April 29, 1925.

Brown, Alschuler & Reagh, for plaintiff in error. Mather, Hutson & Traeger, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Hibernian Banking Association v. Chicago Title & Trust Company et al. Arthur R. Jones, plaintiff in error, v. Frank M. McKey, receiver, defendant in error. Gen. No. 29,150.

Receivership on foreclosure proceedings. Order authorizing payment to receiver's solicitor. Error to the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded on opinion in Gen. No. 28,851, ante, p. 642. Opinion filed April 29, 1925. Rehearing denied May 21, 1925. Certiorari denied by Supreme Court (making opinion final).

David K. Tone, for plaintiff in error. Church, Haft & Robertson, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Arthur W. Dickinson and Charlotte M. Dickinson, defendants in error, v. Henry Meinshausen and Mary S. W. Meinshausen, plaintiffs in error. Gen. No. 29,164.

Arbitration on claim of vendor's lien. Award for complainants. Error to the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925. Rehearing denied May 14, 1925. Certiorari denied by Supreme Court (making opinion final).

C. Oscar Carlson, for plaintiffs in error. Einar C. Howard, for defendants in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Harry Sklar, appellee, v. Hydrox Company, appellant. Gen. No. 29,175.

Action to recover damage to plaintiff's automobile sustained in collision with defendant's truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.

Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellant. No appearance for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.